IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISON

| | | |
|---|---|---|
| CAROL DAVIS, | : | Civil Action No. |
| Plaintiff, | : | |
| vs. | : | |
| MIDLAND CREDIT MANAGEMENT, INC; | : | |
| Defendant. | | |

## COMPLAINT

Plaintiff Carol Davis, by her attorney Ray Johnson, for her claims against the Defendant states:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA") and Iowa Unlawful Debt Collection Practices Act, Iowa Code § 537.7103, et seq. ("State Act"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff Carol Davis is a disabled person residing in Wayland, Iowa. Her sole source of income is from Social Security.

4. Defendant Midland Credit Management, Inc. is a debt collector engaged in the business of collecting debts in the state of Iowa.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

6. Midland Credit Management, Inc. was attempting to collect an alleged debt from Davis on a Providian account.

7. On or about May 15, 2008, Gloria Milton, a Midland Credit Management, Inc. debt collector, called Davis in an attempt to collect the alleged debt. Davis told Milton that she was represented by an attorney, and she gave Davis her attorney's name and phone number.

8. Midland Credit Management, Inc. continued to contact Davis directly, including a debt collection phone call from Milton on or about May 22, 2008.

9. Davis received a letter from Wetsch & Abbott, P.L.C dated July 2nd, 2008 in a further attempt to collect the alleged debt for Midland Funding LLC.

### V. FIRST CLAIM FOR RELIEF

10. All facts and allegations of this Complaint are incorporated herein by reference.

11. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   a. Defendant violated 15 U.S.C. § 1692c(a)(2) by contacting Davis when it was known, or should have been known, that she was represented by an attorney.

12. As a result of the above violations of the FDCPA, the Defendant is liable to

the Plaintiff for her statutory damages, costs, and attorney's fees.

## VI. SECOND CLAIM OF RELIEF

13. All facts and allegations of this Complaint are incorporated herein by reference.

14. Davis's alleged obligations were "debts" as defined by Iowa Code § 537.7102(3).

15. With regard to attempts to collect from Davis as alleged herein, Midland Credit Management, Inc. was a "debt collector" engaged in "debt collection" as defined by Iowa Code §§ 537.7102(4) and (5).

16. Defendant violated the State Act. The foregoing acts, omissions and practices of Midland Credit Management, Inc. were violations of Iowa Code § 537.7103, including but not limited to:

   a. Defendant violated Iowa Code § 537.7103(5)(e) by contacting Davis when it was known, or should have been known, that she was represented by an attorney.

   b. Defendant violated Iowa Code § 537.7103(1)(f) by taking actions prohibited by chapter Iowa Code chapter 537 or any other law.

17. As a proximate result of the unfair debt collection, the Defendant is liable to Plaintiff for her actual damages, statutory damages, costs, and attorney's fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

   A. Statutory damages pursuant to 15 U.S.C. § 1692k.

   B. Actual and statutory damages pursuant to Iowa Code § 537.5201(1).

C. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and Iowa Code § 537.5201(8).

D. For such other relief as the Court deems appropriate in the circumstances.

                      Respectfully submitted,

                      */s/ Ray Johnson*
                      RAY JOHNSON
                      AT0004019
                      Johnson Law Firm
                      950 Office Park Rd.
                      Suite 335
                      W. Des Moines, Iowa 50265
                      Phone: (515) 224-7090
                      Fax: (515) 222-2656
                      Johnsonlaw29@aol.com