IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISON

| | | |
|---|---|---|
| CAROL DAVIS, | : | Civil Action No.: 3:08-cv-103 |
| Plaintiff, | : | |
| vs. | : | |
| MIDLAND CREDIT MANAGEMENT, INC: | | |
| | : | |
| Defendant. | | |

## DISMISSAL WITH PREJUDICE

Plaintiff, Carol Davis, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

Respectfully submitted this _12_ day of _November_, 2008.

_____
RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com